UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Gordon Miles, | Case No. 19-cv-1078 (WMW/KMM) |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| Emily Johnson-Piper et al., | |
| Defendants. | |

---

This matter is before the Court on Plaintiff Gordon Miles's motion to proceed *in forma pauperis* (IFP) on appeal. (Dkt. 52.) A party "who was permitted to proceed [IFP] in the district-court action . . . may proceed on appeal [IFP] without further authorization." Fed. R. App. P. 24(a)(3). Because Miles was permitted to proceed IFP before this Court, (Dkt. 13), he may proceed IFP on appeal without authorization.

Based on the foregoing analysis and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Plaintiff Gordon Miles's motion to proceed *in forma pauperis* on appeal, (Dkt. 52), is **GRANTED**.

Dated: May 11, 2020                                       s/Wilhelmina M. Wright
                                                          Wilhelmina M. Wright
                                                          United States District Judge